Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1110

IGT,

Plaintiff-Appellant,

v.

ALLIANCE GAMING CORPORATION, BALLY GAMING INTERNATIONAL, INC.,
and BALLY GAMING, INC. (doing business as Bally Gaming & Systems),

Defendants–Appellees.

Jeffrey W. Sarles, Mayer Brown LLP, of Chicago, Illinois, argued for plaintiff-appellant.  With him on the brief were Brent A. Batzer, Melissa A. Anyetei, Nathaniel Hamstra, and Andrea C. Hutchison.

Charles K. Verhoeven, Quinn Emanuel Urquhart Oliver & Hedges, LLP, of San Francisco, California, argued for defendants-appellees.  With him on the brief were Amy H. Candido, R. Tulloss Delk, and Eric Wall.  Of counsel was Kevin A. Smith.

Appealed from:  United States District Court for the District of Nevada

Judge Robert C. Jones

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1110

IGT,

Plaintiff-Appellant,

v.

ALLIANCE GAMING CORPORATION, BALLY GAMING INTERNATIONAL, INC., And BALLY GAMING, INC. (doing business as Bally Gaming & Systems),

Defendants-Appellees.

# Judgment

ON APPEAL from the      United States District Court for the District of Nevada

in CASE NO(S).          2:04-CV-1676

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, BRYSON, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED___October 22, 2009____        ___/s/ Jan Horbaly_____
                                     Jan Horbaly, Clerk